UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KATIE MURPHY,

        Plaintiff,

v.                              Case No.: 2:13-cv-00844-SPC-DNF

NCO FINANCIAL SYSTEMS, INC.,

        Defendant.
_____/

### NOTICE OF PENDING SETTLEMENT

Defendant, NCO Financial Systems, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

        Respectfully submitted,

        /s/ Kenneth C. Grace
        Kenneth C. Grace, Esq.
        Florida Bar No. 0658464
        Dayle M. Van Hoose, Esq.
        Florida Bar No. 0016277
        SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
        3350 Buschwood Park Drive, Suite 195
        Tampa, FL 33618
        Telephone: (813) 890-2465
        Facsimile: (866) 466-3140
        kgrace@sessions-law.biz
        dvanhoose@sessions-law.biz
        Attorneys for Defendant,
        NCO Financial Systems, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of January, 2014, a copy of the foregoing was filed with the Court and served electronically via CM/ECF on the following:

Marcus W. Viles, Esq.
Viles & Beckman, LLC
6350 Presidential Court, Suite A
Fort Myers, FL 33919
Marcus@vilesandbeckman.com


/s/ Kenneth C. Grace
Attorney

\\sfnfs02\prolawdocs\6947\6947-31654\Murphy, Katie\1337277.doc